|  |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Albert Russo<br>Standing Chapter 13 Trustee<br>PO Box 4853<br>Trenton, NJ  08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee |
| In re:<br><br>Anthony Kanterakis<br><br><br>Debtor(s) |

Case No. 24-22493 / MEH

Hearing Date: April 16, 2025  10:00 am

Judge: Mark Edward Hall

Chapter: 13

### TRUSTEE'S OBJECTION TO DEBTOR(S) CHAPTER 13 PLAN

Albert Russo, Standing Chapter 13 Trustee, objects to the Debtor(s) Plan for the following reason(s):

**The debtor has insufficient income debtor no longer working.**

**The debtor has failed to supply the Trustee with the following document (s):**
   **Proof of 2 month's income  -  for new job in new York City.**

   **A copy of the last filed tax return  - 2023 and 2024 tax returns by 5/31/2025**

   **Amendments to Schedules I for new job.**

**The debtor(s) is not paying all disposable income into the plan pursuant to either Schedules I & J or Form 22C based upon the Trustee's review of the income and tax returns provided.  The Trustee's calculations are higher for the following reason(s): Excessive expenses $1,910/childcare costs; rent of $4,328 expense nearly 50% of disposable income (debtor is in process of seeking a new less expensive residence) per Sch J #24 note. Need copy of lease.**

 **The current Plan does not specify treatment of secured claim filed by NJ DIV of TAX for 99,177.85 under the Plan.**

**The amount of debt in the debtor(s) Plan exceeds the statutory limit for secured or unsecured debt pursuant to 11 U.S.C. § 109(e).**
**unsecured debt exceeds the limits**

- **First Bank (Obermayer Rebmann) objection to confirmation - need to resolve**
- **Debtor is the owner of Local Greek and Boukalo75, LLC**
- **First Bank supplied funds to Boukalo75, LLC in the form of a Term Loan and together with the Local Greek Loans in the amount of $800,000.**
- **First Bank supplied funds to Local Greek, LLC in the form of a Business Term Loan in the amount of $150,000 and a Business Line of Credit in the amount of $50,000.**
- **Debtor signed guarantee on the payment and performance of the debt and obligations associated with both loans.**
- **Local Greek, Boukalo75 and the debtor have failed to make the required payments under then loans.**
- **In total, there is currently $1,171,316.13 due and owing by the Debtor to First Bank.**
- **need settlement statement for sale of leigh Ave property and cert form debtor with proof attached as to where the proceeds went- how they were spent.**
- **Need to file Pre-Confirmation Certification with Court.**
- **Estimated tax claims by IRS and NJ Div of tax**
- **current plan does not treat arrears claim filed by mericCredit on Chevy Tahoe.**

WHEREFORE, Standing Chapter 13 Trustee, Albert Russo, objects to confirmation of the plan.

    /s/    Albert Russo
Albert Russo
Standing Chapter 13 Trustee
by: Mary Krieger, Staff Attorney