# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY
# TRENTON VICINAGE

In re:  
    Anthony Kanterakis

Debtor(s)

Case No. 24-22493 / MEH

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Albert Russo, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/20/2024.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 07/09/2025.

6) Number of months from filing or conversion to last payment: 6.

7) Number of months case was pending: 8.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

## Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $503.99 |
| Less amount refunded to debtor | $461.14 |

**NET RECEIPTS:** $42.85

## Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $42.85 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $42.85

Attorney fees paid and disclosed by debtor: $1,500.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AMERICAN EXPRESS | Unsecured | NA | 1,324.35 | 1,324.35 | 0.00 | 0.00 |
| AMERICAN EXPRESS | Unsecured | NA | 39,897.19 | 39,897.19 | 0.00 | 0.00 |
| AMERICAN EXPRESS | Unsecured | NA | 25,133.04 | 25,133.04 | 0.00 | 0.00 |
| American Express National Bank | Unsecured | NA | 50,340.53 | 50,340.53 | 0.00 | 0.00 |
| AMERICREDIT FINANCIAL SERVICES | Secured | NA | 72,144.38 | 8,480.29 | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | NA | 1,616.03 | 1,616.03 | 0.00 | 0.00 |
| Bisgaier Hoff | Unsecured | NA | 62,992.72 | 62,992.72 | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA), N.A. | Unsecured | NA | 124.92 | 124.92 | 0.00 | 0.00 |
| CITIBANK, N.A. | Unsecured | NA | 1,991.13 | 1,991.13 | 0.00 | 0.00 |
| EASTERN AUTO MOTOR CORP. | Unsecured | NA | 77,664.82 | 77,664.82 | 0.00 | 0.00 |
| Fantis Foods | Unsecured | NA | 10,230.16 | 10,230.16 | 0.00 | 0.00 |
| FIRST BANK | Unsecured | NA | 951,437.27 | 951,437.27 | 0.00 | 0.00 |
| FIRST BANK | Unsecured | NA | 166,980.18 | 166,980.18 | 0.00 | 0.00 |
| FIRST BANK | Unsecured | NA | 52,898.68 | 52,898.68 | 0.00 | 0.00 |
| GREENWICH CAPITAL MGMT LP | Unsecured | NA | 173,631.54 | 173,631.54 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | NA | 14,139.67 | 14,139.67 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 1,506.21 | 1,506.21 | 0.00 | 0.00 |
| ITRIA VENTURES LLC | Unsecured | 195,000.00 | 201,335.64 | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | NA | 615.87 | 615.87 | 0.00 | 0.00 |
| Members First FCU | Unsecured | NA | 5,196.02 | 5,196.02 | 0.00 | 0.00 |
| NEW JERSEY TURNPIKE AUTHORITY | Unsecured | NA | 1,704.40 | 1,704.40 | 0.00 | 0.00 |
| NJ DIVISION OF TAXATION | Unsecured | NA | 15,768.13 | 15,768.13 | 0.00 | 0.00 |
| NJ DIVISION OF TAXATION | Priority | NA | 194,315.06 | 194,315.06 | 0.00 | 0.00 |
| NJ DIVISION OF TAXATION | Secured | NA | 99,177.85 | 99,177.85 | 0.00 | 0.00 |
| PIAZZA PREMIUM AUTOS, INC. | Unsecured | NA | 165,891.34 | 165,891.34 | 0.00 | 0.00 |
| PNC BANK, NATIONAL ASSOCIATION | Unsecured | NA | 17,943.53 | 17,943.53 | 0.00 | 0.00 |
| PNC BANK, NATIONAL ASSOCIATION | Unsecured | NA | 11,963.55 | 11,963.55 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | NA | 2,176.76 | 2,176.76 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | NA | 999.88 | 999.88 | 0.00 | 0.00 |
| TMOBILE/ BY AMERICAN INFOSOUR | Unsecured | NA | 1,016.90 | 1,016.90 | 0.00 | 0.00 |
| U.S DEPT OF LABOR, WAGE & HOUR | Unsecured | NA | 168,606.41 | 168,606.41 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| Scheduled Creditors: | | | | | | |
|---|---|---|---|---|---|---|
| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
| VALLEY NATIONAL BANK | Unsecured | NA | 11,057.06 | 11,057.06 | 0.00 | 0.00 |
| Verizon by American InfoSource as Agent | Unsecured | NA | 77.65 | 77.65 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $8,480.29 | $0.00 | $0.00 |
| All Other Secured | $99,177.85 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$107,658.14** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $208,454.73 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$208,454.73** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$2,020,786.27** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $42.85 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS :** | **$42.85** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 08/26/2025         By:/s/ Albert Russo
                                            Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**

*** THIS PAGE INTENTIONALLY LEFT BLANK ***

**UST Form 101-13-FR-S (09/01/2009)**